JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUANE CAMERON<br><br>Plaintiff,<br><br>vs.<br><br>SUN LIFE ASSURANCE COMPANY OF CANADA, USC VERDUGO HILLS HOSPITAL GROUP LONG-TERM DISABILITY BENEFIT PLAN AND DOES 1 THROUGH 10,<br><br>Defendants. | Case No.: 2:21-cv-02092-JLS-AFM<br><br>**JUDGMENT** |

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED AS FOLLOWS:**

The Court, having issued its "Findings Of Fact and Conclusions of Law Re: Cross Motions for Judgment" (Docket No. 58), HEREBY ENTERS JUDGMENT in favor of Plaintiff Duane Cameron ("Mr. Cameron") and against Defendant Sun Life Insurance Company of Canada ("Sun Life") and ORDERS as follows.

Sun Life is to pay Mr. Cameron long-term disability benefits, pursuant to the terms of the applicable employee welfare benefits plan, for the period of November 28, 2019 to January 29, 2020.

The Court awards prejudgment and post-judgment interest in favor of Mr. Cameron at the rate specified in 28 U.S.C. § 1691.

As a prevailing party, Plaintiff may seek costs in accordance with Cent. Dist. L.R. 54.

In accordance with the Court's Local Rule 54-7, any motion for attorneys' fees shall be filed no later than fourteen days after the Court's entry of judgment, noticing the motions for the Court's first available motions hearing date.

DATED: November 16, 2022

_____
The Hon. Josephine L. Staton
United States District Judge