| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DUANE CAMERON | | Case No.: 2:21-cv-02092-JLS-AFM |
| Plaintiff, | | **JUDGMENT** |
| vs. | | |
| SUN LIFE ASSURANCE COMPANY OF CANADA, USC VERDUGO HILLS HOSPITAL GROUP LONG-TERM DISABILITY BENEFIT PLAN AND DOES 1 THROUGH 10, | | |
| Defendants. | | |

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED AS FOLLOWS:**

Having issued its Order on Remand from Ninth Circuit (Docket No. 89), and having reviewed the parties' filings regarding the proposed judgment (Docket Nos.. 91 through 94), the Court HEREBY ENTERS JUDGMENT in favor of Plaintiff Duane Cameron ("Mr. Cameron") and against Defendant Sun Life Assurance Company of Canada ("Sun Life") and ORDERS as follows:

– 1 –

– 2 –

Sun Life is to pay Mr. Cameron long-term disability benefits, pursuant to the terms of the applicable Sun Life Group Policy, for the period of January 30, 2020 through February 22, 2021.

The Court awards prejudgment and post-judgment in favor of Plaintiff at the rate specified in 28 U.S.C. § 1691.

Further, this matter is Remanded to Sun Life for it to determine, pursuant to the applicable Sun Life Group Policy, whether Mr. Cameron is entitled to long-term disability benefits beyond February 22, 2021.

Mr. Cameron may apply to the Court for an award of attorneys' fees and recovery of costs of action within 14 days of the date of this Judgment.

**IT IS SO ORDERED.**

DATED:  May 14, 2024

# JOSEPHINE L. STATON

The Hon. Josephine L. Staton
United States District Judge